UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
St. Joseph Division

| | |
|---|---|
| LaDonna Newton, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 5:18-cv-06035-HFS |
| v. | ) |
| | ) |
| Liberty Screening Services, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal with Prejudice. (Doc. 4). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are dismissed with prejudice. Each party to bear their own costs and attorneys' fees.

                                                  __/s/ Howard F. Sachs_____
                                                  Howard F. Sachs
                                                  United States District Judge

April 19, 2018
Kansas City, Missouri